**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

KAILASHGIRI I. GOSWAMI,

        Plaintiff,

                              Case No. 3:14-cv-39-J-34JRK

vs.

JHRC/ DUVAL COUNTY-JAX FLORIDA
and EEOC/MIAMI DADE COUNTY-FLORIDA,

        Defendants.
_____/

### REPORT AND RECOMMENDATION[1]

This cause is before the Court on two matters: (1) Plaintiff's request to proceed in forma pauperis contained in the Affidavit of Indigency filed January 8, 2014 (Doc. No. 2; "Motion"); and (2) the April 17, 2014 Order to Show Cause (Doc. No. 5). Upon review of the file, the undersigned recommends that this case be dismissed for failure to prosecute.

Plaintiff initiated the case on January 8, 2014 by filing a Civil Rights Complaint Form (Doc. No. 1; "Complaint") and the instant Motion. The Complaint is largely incomprehensible. From what the Court can glean, it appears Plaintiff claims gender and other discrimination in a litany of ways by a multitude of individuals and entities. See Compl. at 5-7.

On March 11, 2014, the undersigned entered an Order taking under advisement the Motion and observing that both the Motion and the Complaint were largely incomprehensible and/or illegible. See Order (Doc. No. 4) at 2-5. As a result, the Motion was taken under advisement and Plaintiff was directed to neatly complete a new affidavit and to file an amended

---

[1] Specific, written objections may be filed in accordance with 28 U.S.C. § 636 and Rule 6.02, Local Rules, United States District Court, Middle District of Florida, within fourteen (14) days after service of this document. Failure to file a timely objection waives a party's right to a de novo review. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; Local Rule 6.02(a).

complaint by April 11, 2014. Id. at 6.  Plaintiff was advised that as an alternative to filing a new affidavit and an amended complaint, Plaintiff could pay the $400 filing fee by April 11, 2014. Id. at 6-7.[2]

Plaintiff failed to act by April 11, 2014.  Consequently, on April 17, 2014, the undersigned entered an Order to Show Cause (Doc. No. 5) directing Plaintiff to show cause by May 9, 2014 why the undersigned should not recommend dismissal of this matter for failure to prosecute.  Plaintiff was also directed to comply with the March 11, 2014 Order by May 9, 2014. Id. at 1.  Plaintiff was warned that failure to respond by May 9, 2014 would result in a recommendation of dismissal without further notice.  Id. at 1-2.

As of this date, Plaintiff has not complied with the March 11, 2014 Order (Doc. No. 4), nor has Plaintiff responded to the Order to Show Cause (Doc. No. 5).

Accordingly, it is

**RECOMMENDED**:

1. That this case be **DISMISSED without prejudice** for failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida.

2. That the Clerk of Court be directed to close the file.

**RESPECTFULLY RECOMMENDED** at Jacksonville, Florida on May 19, 2014.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

---

[2] Given the deficiencies identified, however, the undersigned strongly recommended that Plaintiff file an amended complaint even if Plaintiff decided to pay the filing fee. Order (Doc. No. 4) at 6-7.

kaw
Copies to:

Honorable Marcia Morales Howard
United States District Judge

Pro Se party